2012 MAY 22 AM 10: 10

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

**BILL OF INFORMATION FOR FORGERY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 12-194 |
| v. | * | SECTION: SECT. F MAG. 5 |
| KELLEY WILLIAMS | * | VIOLATION: 18 U.S.C. § 513(a) |

* * *

The United States Attorney charges:

### COUNT 1

**A.     AT ALL TIMES MATERIAL HEREIN:**

1.     Whitney Bank is a financial institution located in the Eastern District of Louisiana, the deposits of which were insured by the Federal Deposit Insurance Corporation.

2.     Capital One and J.P. Morgan Chase Bank are financial institutions doing business within the Eastern District of Louisiana, the deposits of which were insured by the Federal Deposit Insurance Corporation.

3.     Non-Profit Corporation "A" is a registered Louisiana corporation with an office located in Metairie, Louisiana, and maintained a business checking and savings account at Whitney Bank.

Fee ____USA____
Process _____
Dktd _____
___Ctrm Dep_____
___Doc. No._____

4. Non-Profit Corporation "A" is also recognized by the Internal Revenue Service as a 501(c)(3) corporation that provides services to people with developmental disabilities. The services include providing independent living at lower than market rates, personal care attendants, transportation, social opportunities, education, and training, for those with developmental disabilities.

5. Law Firm "A" is registered Louisiana corporation with an office located in New Orleans, Louisiana, that engages in the practice of law and maintains a business checking account at Whitney Bank. The president and director of Law Firm "A" also maintains a personal account at Whitney Bank.

6. The defendant, **KELLEY WILLIAMS**, (hereinafter referred to as **WILLIAMS**) was employed by Non-Profit Corporation "A" as Chief Financial Officer, as well as a legal assistant for the law firm of the president and director of Non-Profit Corporation "A" from 2004 until January 26, 2011. Among **WILLIAMS's** duties were to reconcile bank statements for Non-Profit Corporation "A" and Law Firm "A," prepare financial statements for Non- Profit Corporation "A" that were to be submitted to the Internal Revenue Service, enter financial information into business accounting software, and to log hours worked by personal care attendants.

7. **WILLIAMS** did not have authority to sign checks in her own name or in that of anyone else, without permission.

## B. THE FORGERY

Beginning in or near February 2004, and continuing until on or about January 26, 2011, the defendant, **KELLEY WILLIAMS**, did knowingly make, utter and possess forged securities

of organizations, that is, checks drawn on the Whitney Bank accounts of Non-Profit Corporation "A" and of the personal account of the president and director of Law Firm "A," in varying amounts, with the intent to deceive another person and organization. The forgeries were accomplished when the defendant made checks payable to herself or others, without authorization, then forged the name of the president and director of Non-Profit Corporation "A" and the president and director of Law Firm "A" as the drawer of the checks. **WILLIAMS** would then deposit the checks into her Capital One or J.P. Morgan Chase bank accounts.

**WILLIAMS** would then log into computer accounting software in order to disguise the actual payee, and replace it with a different name that would give the appearance of an actual expense. Once **WILLIAMS** received the bank statements the following month, she would cut out her name as payee, replace it with another payee to match the one listed in the computer accounting software, make a copy, and place what appeared to be the actual cancelled check, into the monthly bank statement.

One of the forgeries is as follows:

| COUNT | CHECK DATE | CHECK | ACTUAL PAYEE | FAKE PAYEE | DRAWEE BANK | BANK RECEIVING FUNDS | AMOUNT | ACCOUNT HOLDER |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/3/10 | #6101 | KELLEY WILLIAMS | SEIFFERT OFFICE PRODUCTS | WHITNEY BANK | CAPITAL ONE | $724.97 | NON-PROFIT "A" |

Beginning in or near February 2004, and continuing until or on or about January 26, 2011, **WILLIAMS** embezzled a total of approximately $245,386.60 from Non-Profit Corporation "A" and the personal account of the president and director of Law Firm "A."

All in violation of Title 18, United States Code, Section 513(a).

## NOTICE OF FORFEITURE

1. The allegations contained in Count 1 of this Bill of Information are hereby re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 513 and 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c).

2. As a result of the offense alleged in Count 1, the defendant, **WILLIAMS**, shall forfeit to the United States pursuant to 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c), any and all property, real or personal which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 513.

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this notice of forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon exercise of due diligence;

   b. has been transferred or sold or deposited with a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of said defendant up to the value of the above forfeitable property. All in violation of Title 18, United States Code, Section 513, and 981(a)(1)(C), applicable through Title 28, United States Code, Section 2461.

JIM LETTEN
UNITED STATES ATTORNEY
Bar Roll No. 8517

JAN MASELLI MANN
First Assistant United States Attorney
Bar Roll No. 9020

JON MAESTRI
Assistant United States Attorney
Bar Roll No. 24838

New Orleans, Louisiana
May 22, 2012

No. _____

# United States District Court
## FOR THE
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

Kelley Williams

Bill of Information for Forgery

Violation(s): 18 USC § 513(a)

Filed _____, 20 12 ___, Clerk.

By _____, Deputy

Jon Maestri
*Assistant United States Attorney*